PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision

Name of Offender: Ryan Harley  
Cr.: 03-00015-001  
PACTS Number: 32055

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 03/10/06

Original Offense: Conspiracy and Possession with Intent to Distribute Cocaine, 21 U.S.C. 846

Original Sentence: 60 months custody; 5 years supervised release; Special Conditions: DNA, drug testing and treatment.

Type of Supervision: Supervised Release    Date Supervision Commenced: 01/02/07

## PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.  
[X]  To modify the conditions of supervision as follows. The removal of the following special condition(s):

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

The offender has tested negative for illicit drugs and does not have a history of drug use. His score on the Texas Christian University Drug Screen II (a standardized test used by the U.S. Probation Department to assess substance abuse treatment needs) was one. A score of one indicates a minimal risk for substance abuse. Therefore it is respectfully requested that the drug testing condition be removed.

Respectfully submitted,  
By: Kevin J. Mullens  
U.S. Probation Officer  
Date: 09/22/08

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above  
[ ] The Extension of Supervision as Noted Above  
[ ] No Action  
[ ] Other

Signature of Judicial Officer

9/29/08  
Date